SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
RONALD J. HOLLAND, Cal. Bar No. 148687
rholland@sheppardmullin.com
JOHN D. ELLIS, Cal. Bar No. 269221
jellis@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile:  415.434.3947

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
PAUL S. COWIE, Cal. Bar No. 250131
pcowie@sheppardmullin.com
379 Lytton Ave.
Palo Alto, California 94301
Telephone: 650.815.2600
Facsimile:  650.815.2601

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
HILARY A. HABIB, Cal Bar No. 293431
hhabib@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile:  213.620.1398

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MCKINSTY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware Corporation, AND DOES 1-100<br><br>Defendants | Case No. 5:15-cv-01317-VAP-SP<br>Assigned to: Hon. Virginia A. Phillips<br><br>**PROTECTIVE ORDER**<br><br>Complaint Filed:  April 15, 2015 |

1  FINDING GOOD CAUSE, IT IS HEREBY ORDERED that Plaintiff Rafael
2  Mckinsty and Defendant Swift Transportation Co. of Arizona, LLC's Stipulated
3  Protective Order lodged with the Court on January 13, 2017 is approved and hereby
4  adopted as the Order of the Court.

6  DATED:  January 20, 2017

   Honorable Sheri Pym
   United States Magistrate Judge

Case No. 5:15-cv-01317-VAP-SP          -1-
                                              PROTECTIVE ORDER