MICHAEL MALK, ESQ., APC
MICHAEL MALK, ESQ., CA BAR NO. 222366
1180 SOUTH BEVERLY DRIVE, SUITE 302
LOS ANGELES, CALIFORNIA 90035
TELEPHONE: (310) 203-0016
FACSIMILE: (310) 499-5210
MM@MALKLAWFIRM.COM

ATTORNEY FOR PLAINTIFF RAFAEL MCKINSTRY

JS-6

FILED
CLERK, U.S. DISTRICT COURT

JUL 5, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MCKINSTY, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>VS.<br><br>SWIFT TRANSPORTATION CO. OF ARIZONA, LLC, a Delaware Corporation, AND DOES 1-100<br><br>DEFENDANTS. | **CASE NO.: 5:15-CV-01317-VAP (SPx)**<br><br>[~~PROPOSED~~] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | **GOOD CAUSE APPEARING** as set forth in the Parties' Stipulation |
| 3 | for Voluntary Dismissal with Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii), it is |
| 4 | hereby ordered that the above-captioned action is voluntarily dismissed with |
| 5 | prejudice and in its entirety, pursuant to F.R.C.P. 41(a)(1)(A)(ii), although any |
| 6 | PAGA claims on behalf of others hereby are dismissed without prejudice. |
| 7 | Pursuant to the confidential Settlement and General Release Agreement executed |
| 8 | by Plaintiff on June 15, 2018 ("Settlement Agreement"), the Parties further |
| 9 | stipulate that the Settlement Agreement shall control regarding the Parties' |
| 10 | attorney's fees, costs and expenses. |
| 11 | **IT IS SO ORDERED.** |

DATED: July 05, 2018

*/s/ Virginia A. Phillips*
HON. VIRGINIA A. PHILLIPS
CHIEF U.S. DISTRICT JUDGE

CASE NO.: 5:15-CV-01317-VAP (SPx)
[PROPOSED] ORDER RE: VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

- 1 -